IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARY E. GATES, as Parent and
Next Friend for MICHELLE GATES,**

    Plaintiff,

vs.                                    Case No. 4:07cv231-RH/WCS

**BOARD OF DIRECTORS OF
THE FLORIDA HIGH SCHOOL
ATHLETIC ASSOCIATION,
ISAAC SIMMONS, and BOB WEST,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, filed a civil rights complaint, doc. 1, on behalf of her daughter Michelle Gates. Doc. 1. Due to several deficiencies with the complaint, Plaintiff was ordered to file an amended complaint. Doc. 4. In particular, Plaintiff was directed to use numbered paragraphs as required by FED. R. CIV. P. 10(b) to present her factual allegations so that Defendants would be able to respond to the allegations. Plaintiff's amended complaint, doc. 5, filed on June 19, 2007, does not comply with that Order.

Moreover, Plaintiff was directed to submit an amended complaint that presented allegations of discrimination which would be protected under the Constitution or Title IX. Doc. 4.  Plaintiff has not done so.

Rather, the amended complaint alleges that Defendants Bob West and Isaac Simmons voted to turn down a request for a hardship exemption for Michelle Gates. Doc. 5.  These Defendants, who were acting in their capacities with the Florida High School Athletic Association, allegedly should not have taken part in voting on this decision because of a conflict of interest.  *Id.*  Plaintiff Michelle Gates is alleged to be an excellent basketball player with outstanding scoring abilities.  Due to her accomplishments on the basketball court, her high school basketball team defeated the high school basketball teams coached by the two Defendants.  *Id.*

While this action may appear to be unfair to Plaintiff, a decision made concerning Plaintiff's eligibility to play high school basketball that does not involve discrimination prohibited by the Constitution or Title IX, is simply not an actionable claim.  The amended complaint does not contain any claims of discrimination by Defendants against Michelle Gates on account of her race or sex.  Rather, the factual allegations indicate only that Defendants were personally biased against Michelle Gates because of her skills as a basketball player.  Because Plaintiff does not provide any facts supporting a claim for discrimination based on a protected status, this action should be dismissed for failure to state a claim upon which relief may be granted.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 5, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on July 5, 2007.


    s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**